HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNI INWOOD O'GORMAN,

    Plaintiff,

    v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

CASE NO. C16-1048 RAJ

ORDER

This matter comes before the Court on Plaintiff's motion for reconsideration. Dkt. # 30. Pursuant to Local Rules W.D. Wash. LCR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence.

Plaintiff argues that the Court erred when it remanded the matter for further fact-finding rather than making a finding of disability. However, this line of reasoning appears to be no more than a disagreement between the Plaintiff and the Court about the facts developed in the record. Though Plaintiff is sure that the record should result in a finding of disability, the Court found that it could not make such a determination based

ORDER- 1

upon the record. Dkt. # 29 at 13. Accordingly, Plaintiff failed to meet her burden under LCR 7(h)(1) and therefore the Court **DENIES** her motion. Dkt. # 30.

Dated this 18th day of September, 2017.

The Honorable Richard A. Jones
United States District Judge