UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNI INWOOD O'GORMAN<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:16-cv-01048-RAJ<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO RE-OPEN CASE |

This matter came before the Court on Plaintiff's Motion to Re-Open Case. Dkt. # 34. Defendant does not oppose the motion. Dkt. # 36. The Court finding good cause to re-open the case, it is hereby ORDERED that Plaintiff's Motion be, and hereby is, GRANTED. This case is re-opened.

The Court further ORDERS the parties to participate in good faith in a settlement conference. The Court requires the parties to meet and confer to discuss an appropriate schedule for the same. The Court ORDERS the parties to submit a joint status report within thirty (30)

ORDER-1

days from the date of this Order informing the Court of the timeline of the parties' settlement conference(s).

DATED this 19th day of March, 2018.

The Honorable Richard A. Jones
United States District Judge

ORDER-2